THE PEOPLE ex rel. FREDERICK PERRY, Appellant, *v.* LUCIUS
J. N. STARK et al., Commissioners, etc., Respondents.

(Argued November 25, 1889; decided December 10, 1889.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made March 29, 1889,
which dismissed a writ of *certiorari*, to review proceedings of
the respondents, by which the relator was removed from the
position of bookkeeper in the department of docks of the city
of New York.

*Solon P. Rothschild* for appellant.

*D. J. Dean* for respondents.

Agree to dismiss; no opinion.
All concur.
Appeal dismissed.